UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-80884-CIV-MIDDLEBROOKS
CASE NO. SACV-07-1014-AG

APPLIED MEDICAL DISTRIBUTION
CORPORATION,

        Plaintiff,

vs.

POWER MEDICAL INTERVENTIONS,
INC., et al.,

        Defendants.
_____/

ORDER

    THIS CAUSE comes before the Court upon a Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings (DE 5), filed on October 9, 2007. I have reviewed the Motion and the file in this matter.

    The Motion requests, pursuant to Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Richard J. Grabowski as co-counsel on behalf of Plaintiff in this matter. The Motion also requests, pursuant to Section 2B of the CM/ECF Administrative Procedures, that Richard J. Grabowski electronically receive notice of electronic filings. Because the Motion has been properly filed with all the necessary documentation and Mr. Grabowski appears to be in good standing, I will grant it.

    Accordingly, it is hereby

    ORDERED AND ADJUDGED that Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings (DE 5) is GRANTED. Richard J. Grabowski is granted to appear as co-counsel for Plaintiff, and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Richard J. Grabowski at rgrabowksi@jonesday.com.

    DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _21_ day of November, 2007.

                                  DONALD M. MIDDLEBROOKS
                                  UNITED STATES DISTRICT JUDGE

Copies to all Counsel of Record